NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

EMELIO OSORIO-ROSAS, *Petitioner.*

No. 1 CA-CR 18-0560 PRPC
FILED 12-27-18

Petition for Review from the Superior Court in Maricopa County
No.  CR 2011-134532-001
The Honorable Susanna C. Pineda, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Emelio Osorio-Rosas, Florence
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Jennifer B. Campbell, Judge Paul J. McMurdie, and Judge Kent E. Cattani delivered the decision of the Court.

---

**PER CURIAM**:

**¶1** Petitioner Emelio Osorio-Rosas seeks review of the superior court's order denying his third, untimely petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.

**¶2** Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19, 278 P.3d 1276, 1280 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1, 260 P.3d 1102, 1103 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3** We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

**¶4** We grant review and deny relief.

